UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY COLLAR, et al., | Case No.  26-cv-05724-TSH |
| Plaintiffs, | |
| v. | **SUA SPONTE REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| ROBINHOOD MARKETS, INC., et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Edward M. Chen for consideration of whether the case is related to 26-cv-3415 Chehal et al v. Robinhood Markets, Inc. et al.

**IT IS SO ORDERED.**

Dated: July 2, 2026

_____

THOMAS S. HIXSON
United States Magistrate Judge